**Opinion issued August 28, 2025**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-24-00873-CV

———————————

## VICTOR LAMONT HOLMES AND MAJORIE ANN HOLMES, Appellants

### V.

## EDGEWATER COMMUNITY ASSOCIATION, INC., Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-42273**

### MEMORANDUM OPINION

Appellants filed a brief on June 30, 2025. By order dated July 8, 2025, we struck appellants' brief for failing to comply with the Texas Rules of Appellate Procedure, and we ordered appellants to file a corrected brief within 30 days that complied with the Rules. We also informed appellants that if they failed to timely

file a corrected brief, we would dismiss their appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3, 43.2(f). Appellants did not timely file a corrected appellants' brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3, 43.2(f); *Bennett v. Jenkins*, No. 01-21-00557-CV, 2022 WL 3268531, at *1–2 (Tex. App.—Houston [1st Dist.] Aug. 11, 2022, no pet.) (mem. op.) (dismissing appeal for want of prosecution after striking appellant's brief for failure to comply with Texas Rules of Appellate Procedure and appellant failed to timely file corrected brief); *see also Averett v. Huffman Indep. Sch. Dist.*, No. 01-19-00482-CV, 2020 WL 717543, at *1 (Tex. App.—Houston [1st Dist.] Feb. 13, 2020, no pet.) (mem. op.) ("When an appellant fails to file a brief, we may dismiss h[er] appeal for want of prosecution."). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justice Rivas-Molloy, Guiney, and Morgan.